**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 330 MAL 2023

Respondent

v.

STEVEN OLIEMULLER,

Petitioner

: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.